UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABDUL REHMAN KARIM SALEH,

        Plaintiff,

-against-

SULKA TRADING LTD., and A. SULKA TRADING LTD.,

        Defendants.

---

19 Civ. 8488 (LAP)

LORETTA A. PRESKA, Senior United States District Judge:

    On July 20, 2020, the Court granted Defendants' motion to dismiss this action <u>without prejudice</u> [dkt. no. 35]. In that order, the Court stated that Plaintiff Abdul Rehman Karim Saleh must file any amended complaint no later than August 19, 2020, and that his failure to file an amended complaint by that date would result the dismissal of this action <u>with prejudice</u>.

    Because Plaintiff has failed to file an amended complaint long after the passage of the deadline to do so, this action is hereby <u>DISMISSED</u> with prejudice.

    The Clerk of Court is directed to mark this action closed and all pending motions denied as moot.

    **SO ORDERED.**

Dated:    New York, New York
          October 28, 2021

                                        *Loretta A. Preska*
                                        LORETTA A. PRESKA
                                        Senior United States District Judge